FILED'06 MAR 21 12:34 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MARLON W. DELONG,

        **Plaintiff,**

    v.                              Civil No.: 05-1822-TC

WASHINGTON COUNTY BOARD OF
COMMISSIONERS, et al.,

        **Defendants.**

## FINDINGS AND RECOMMENDATION

The Court ordered on February 2, 2006, that plaintiff's complaint was dismissed and plaintiff was ordered to file an amended complaint by March 6, 2006. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: March 21, 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION