IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLON W. DELONG, )
)
        Plaintiff, )
) Civil No. 05-1822-TC
v. )
) ORDER
WASHINGTON COUNTY BOARD OF )
COMMISSIONERS, et al., )
)
        Defendants. )
)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 21, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1 - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

DATED this __12th__ day of __April__, 2006.

_____
Michael E. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER