FILED '07 FEB 15 07:27 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLOW W. DELONG,                )
                                 )
            Plaintiff,           )
                                 )  Civil No. 05-1822-TC
       v.                        )
                                 )  ORDER
WASHINGTON COUNTY BOARD OF       )
COMMISSIONERS, et al.,           )
                                 )
            Defendants.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 30, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED this 14th day of Feb., 2007.

                                      Michael R. Hogan
                                      UNITED STATES DISTRICT JUDGE